IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HAILEY SHIPP, | CV 20–167–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JACK WAYLON MCCALL FLYNN, | |
| Defendant. | |

Before the Court is Plaintiff Hailey Shipp's Unopposed Motion to Dismiss with Prejudice. (Doc. 24.) The motion states that the parties have entered into a settlement agreement and release of claims, which settle this matter, and requests that the action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (*Id.* at 1.) Defendant Jack Waylon McCall Flynn does not oppose the motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 24) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE.

DATED this 18th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court